# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALAIN RAMOS,**

    **Plaintiff,**

v.                                             Case No. 4:17cv283-MW/CAS

**SINDY BONILLA,**

    **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Clerk shall note on the docket that this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)." The Clerk shall

1

close the file.

      **SO ORDERED on October 10, 2017.**

                                      <u>**s/Mark E. Walker**</u>
                                      **United States District Judge**